IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY CULBERT,

        Plaintiff,                   No. CIV S-04-2434 GEB DAD PS

    vs.

GARET ONLEY,

        Defendant.                ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 29, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 29, 2005, are adopted in full;

2. Defendant's motion to dismiss is granted; and

3. Plaintiff's amended complaint is dismissed with leave to file a second amended complaint within twenty (20) days from the date on which this order is filed.

Dated:  August 31, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2