IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY CULBERT,                           No.  CIV.S-04-2434 GEB DAD PS

     Plaintiff,

  v.                                     FINDINGS AND RECOMMENDATIONS

GARET ONLEY,

     Defendant.
_____/

       By findings and recommendations filed July 29, 2005, the undersigned magistrate judge recommended that defendant's motion to dismiss be granted and that plaintiff's amended complaint be dismissed with leave to amend.  By order filed September 1, 2005, the assigned district judged adopted those findings and recommendations and dismissed the amended complaint with twenty days leave to amend.  The required time expired and plaintiff did not file a second amended complaint.  Rather, on September 28, 2005, plaintiff filed an "interlocutory appeal" challenging the district court's order.  By order filed in this court on December 21, 2005, the United States

1

Court of Appeals for the Ninth Circuit dismissed plaintiff's appeal for lack of jurisdiction since the order challenged in the appeal was not final or appealable.  More than four months has passed since the order dismissing plaintiff's amended complaint with leave to amend and plaintiff has failed to file a second amended complaint.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within ten (10) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\culbert2434.f&r2